NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5021, -5022, -5023

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant,

and

THE BOEING COMPANY,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 08-CV-470,
Judge Charles F. Lettow.

ON MOTION

O R D E R

The United States moves without opposition for a 14-day extension of time, until May 28, 2009, to file its response to Alabama Aircraft Industries, Inc. – Birmingham's motion to dismiss.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

MAY 22 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 22 2009

JAN HORBALY
CLERK

cc:     David R. Hazelton, Esq.
          Scott M. McCaleb, Esq.
          Douglas K. Mickle, Esq.
s19